HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUNNY DESIGN AND BUSINESS CONSULTING, LLC; and CHIH WEI HO, A/K/A SUNNY HER,<br><br>Plaintiffs,<br><br>vs.<br><br>EMPIRICAL REGENT, LLC, d/b/a BRIGHTWELL AQUATICS,<br><br>Defendant. | No. C19-1836 RAJ<br><br>**PLAINTIFFS SUNNY DESIGN AND BUSINESS CONSULTING, LLC'S & CHIH WEI HO, A/K/A SUNNY HER'S STATUS REPORT ON RELATED ACTION** |

STATUS REPORT - 1
No. C19-1836 RAJ

**KAO LLP**
201 Mission Street, Suite 1930
San Francisco, CA 94105
Phone: 415. 539. 0996
Fax: 866.267.0243

On February 25, 2020, in the action entitled *Empirical Regent, LLC d/b/a Brightwell Aquatics v. Sunny Design and Business Consulting, LLC et al.*, Case No. 1:19-cv-03253-MHC, pending in the United States District Court for the Northern District of Georgia, Atlanta Division (the "Related Action"), Hon. Mark Cohen granted Sunny Design and Business Consulting, LLC's and Chih Wei Ho a/k/a Sunny Her's (collectively "Brightwater") Motion to Dismiss For Lack Of Personal Jurisdiction Or, In the Alternative, Motion To Transfer Venue.  See Declaration of Andrew G. Hamill ("Hamill Decl.") Exh. A. Judge Cohen ordered that the Related Action be transferred to the Western District of Washington.  *Id.* The Related Action has been assigned case number 2:20-cv-00303-RAJ and assigned to this Court.  Hamill Decl. Exh. B.

In the Related Action, Empirical Regent, LLC d/b/a Brightwell Aquatics ("Empirical"), the declaratory judgment defendant in this action, filed suit against BrightWater for, *inter alia*, trademark infringement.  See Dkt. No. 6.  BrightWater previously identified the Related Action in its Notice of Pendency of Other Action in Another Jurisdiction or Forum, filed November 13, 2019.  Dkt. No. 2.  The causes of action in this Action and in the Related Action are mirror images of each other and the parties and issues completely overlap.

Due to the commonality of issues and parties, in the interests of judicial economy and efficiency, BrightWater requests that this action be consolidated with the Related Action once the transfer is finalized.

STATUS REPORT - 2
No.  C19-1836 RAJ

KAO LLP
201 Mission Street, Suite 1930
San Francisco, CA 94105
Phone: 415. 539. 0996
Fax: 866.267.0243

Dated: February 26, 2020

ATKINS INTELLECTUAL PROPERTY, PLLC

By */s/ Michael G. Atkins*
Michael G. Atkins, WSBA# 26026
Atkins Intellectual Property, PLLC
113 Cherry Street #18483
Seattle, WA 98104-2205
Tel. (206)628-0983
*mike@atkinsip.com*

KAO LLP

 */s/ Chris Kao*
Chris Kao
Andrew G. Hamill
*Pro Hac Vice Applications Forthcoming*
201 Mission Street, Suite 1930
San Francisco, California 94105
Tel. (415) 539-0996
Fax (866) 267-0243

STATUS REPORT - 3
No.  C19-1836 RAJ

**KAO LLP**
201 Mission Street, Suite 1930
San Francisco, CA 94105
Phone: 415. 539. 0996
Fax: 866.267.0243